GARY D. SESSER
RONALD D. SPENCER
JUDITH M. WALLACE
THEODORE Y. McDONOUGH
CARTER LEDYARD & MILBURN LLP
Attorneys for Plaintiff Privart SA
2 Wall Street
New York, NY 10005
212.732.3200



4/18/12

RECEIVED
APR 17 2012
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
PRIVART SA,
                    Plaintiff,
        v.

HANNO D. MOTT, Individually and as
Executor of the Last Will and Testament of
YULLA H. LIPCHITZ, Deceased, and the
Estate of YULLA H. LIPCHITZ,

                    Defendants.
-------------------------------------------------------------- X

Case No. 12-CIV-2549 (RWS)

STIPULATION ACCEPTING
SERVICE AND ADJOURNING
DEFENDANTS' TIME TO
RESPOND TO THE COMPLAINT

It is hereby STIPULATED AND AGREED, by and between the parties hereto, as follows:

1. Defendants Hanno D. Mott, individually and as Executor of the last will and testament of Yulla H. Lipchitz, Deceased, and the Estate of Yulla Lipchitz (collectively, "Defendants") hereby accept service of the Complaint as of the date of this Stipulation and, while expressly reserving all their other rights and defenses, hereby waive any and all objections to service of process, including but not limited to waiving any and all objections to in personam jurisdiction based on any defect in service of the Complaint; and

2. Defendants' time to respond to Plaintiff's Complaint in the above-referenced action, which would otherwise be 21 days pursuant to the Federal Rules of Civil Procedure, is extended to June 7, 2012, which is the first adjournment of this deadline; and

7002739.2

3.  This stipulation may be executed in counterparts and exchanged by PDF, fax or other electronic means and such electronic counterparts shall have the same effect as if a single document had been executed and a copy thereof shall be treated as if an original for all purposes.

Dated: New York, New York
April 16, 2012

CARTER LEDYARD & MILBURN LLP

By: _____
Gary D. Sesser
Ronald D. Spencer
Judith M. Wallace
Theodore Y. McDonough
Two Wall Street
New York, New York 10005
Tel. (212) 732-3200
Fax (212) 732-3232
*Attorneys for Plaintiff Privart SA*

ROTTENBERG LIPMAN RICH, P.C.

By: _____
Harry W. Lipman
369 Lexington Avenue, 16th Floor
New York, New York 10017
Tel. (212) 661-3080
Fax (212) 867-1914
*Attorneys for Defendants Hanno Mott and the Estate of Yulla H. Lipchitz*

SO ORDERED:

_____
Hon. Robert W. Sweet, U.S.D.J.

4-17-12

2